IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



MARCUS ANTONIO SATTERFIELD, )
)
Plaintiff, )
)
v. ) 1:23-cv-143
)
MS. JOHNNA HERRON and )
ROXBORO POLICE DEPARTMENT, )
)
Defendants. )

## ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on July 25, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 120.) In the Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment, (Doc. 97), and Plaintiff's Injunction Motion, (Doc. 108), be denied. The Recommendation was served on Plaintiff July 25, 2025. (Doc. 120.) Plaintiff filed timely objections, (Doc. 122), to the Recommendation.[1] Defendant responded. (Doc. 123.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified

---

[1] Plaintiff's objection is primarily directed to the order of the Magistrate Judge denying Plaintiff's request for appointment of counsel. (See Doc. 120 at 15; Doc. 122.) This court's review of a non-dispositive order is under a clearly erroneous or contrary to law standard. See 28 U.S.C. § 636(b)(1)(A). The order is not clearly erroneous or contrary to law.

proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 120), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (Doc. 97), is **DENIED** pending the completion of discovery, without prejudice to further consideration on summary judgment motions following the close of discovery.

**IT IS FURTHER ORDERED** that the Court shall reserve its determination as to whether Defendant Seifert is entitled to qualified immunity and public official immunity until after a more complete record is established.

**IT IS FURTHER ORDERED** that Plaintiff's motion entitled "Petition to this Court that it Orders James F. Seifert and The City Officials of Roxboro North Carolina from Engaging in Future

Constitutional Violations and Federal Statues," (Doc. 108), is **DENIED**.

This the 2nd day of September, 2025.

　　　　　　　　　　　　　　　William L. Osteen, Jr.
　　　　　　　　　　　　　　　United States District Judge